

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

**NO. 02-11-00319-CR**
**NO. 02-11-00320-CR**


THE STATE OF TEXAS                                                    STATE

V.

DAVID WAYNE BUTLER                                              APPELLEE


------------

FROM CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY

------------

# MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the State's "Motion To Dismiss State's Brief Appeal." The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a). No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

---

[1]*See* Tex. R. App. P. 47.4.

PANEL:  WALKER, MCCOY, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  November 23, 2011